# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2024

SEAN F. McAVOY, CLERK

WILLIAM ROBERT and JULIE L. FAY ANT )
*Plaintiff* )
v. )
US BANCORP, DBA U.S. BANK NATIONAL )
ASSOCIATION, GUILD MORTGAGE, DBA. CHERRY )
CREEK MORTGAGE, FEDERAL HOME LOAN
MORTGAGE CORPORATION, JOHN AND JANE DOE
*Defendant*

Civil Action No. 2:24-cv-00095-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Motions to Dismiss at ECF Nos 4, 9, and 17 are GRANTED. Plaintiff's Motion for Summary Judgment, ECF No 15, and Plaintiff's Construed Motion to Remand, ECF No 16, DENIED. The claims asserted against U.S. Bank, Freddie Mac, Guild Mortgage, and all remaining claims are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on motions for dismissal.

Date: 6/5/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham